# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brandon George Snyder f/d/b/a A&B Acquatics | BK NO. 22-01315 HWV |
| Domenica L. Snyder d/b/a Shear Elegance by Domenica | Chapter 13 |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

    Respectfully submitted,

/s/ **Brian C. Nicholas, Esq.**
Brian Nicholas
09 Aug 2022, 07:04:45, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322