United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01315-HWV
Brandon George Snyder  Chapter 13
Domenica L Snyder
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Aug 19, 2022  Form ID: ntcnfhrg  Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brandon George Snyder, Domenica L Snyder, 500 N 69th St, Harrisburg, PA 17111-4517 |
| 5485533 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5486515 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5490098 | + | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 19 2022 18:41:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5485534 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 19 2022 18:36:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5485535 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2022 18:41:51 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5490157 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2022 18:41:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5485536 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2022 18:41:36 | Capital One/bass Pro, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5485537 | + | Email/Text: mediamanagers@clientservices.com | Aug 19 2022 18:36:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 5485538 | ^ | MEBN | Aug 19 2022 18:33:19 | D&A Services, 1400 E Touhy Ave Suite G2, Des Plaines, IL 60018-3338 |
| 5485539 | | Email/Text: camanagement@mtb.com | Aug 19 2022 18:36:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5485540 | + | Email/Text: unger@members1st.org | Aug 19 2022 18:36:00 | MEMBERS FIRST CREDIT UNION, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5487781 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2022 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5485880 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2022 18:41:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5485541 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2022 18:41:51 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5485542 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2022 18:41:50 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Brandon George Snyder lzaglaw.usa@startmail.com  lzaglaw.usa@startmail.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 2 Domenica L Snyder lzaglaw.usa@startmail.com  lzaglaw.usa@startmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA ||| 
| In re: |||
| Brandon George Snyder, <br> fdba A&B Aquatics, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:22−bk−01315−HWV |
| Domenica L Snyder, <br> dba Shear Elegance by Domenica, |||
| **Debtor 2** |||

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 21, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Ronald Reagan Federal Building, <br> Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, <br> Harrisburg, PA 17101 | Date: September 28, 2022 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 19, 2022 |

ntcnfhrg (08/21)