# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRANDON GEORGE SNYDER and   :  CHAPTER 13
       DOMENICA L. SNYDER           :
           Debtors                 :
                                :
       JACK N. ZAHAROPOULOS     :
       STANDING CHAPTER 13 TRUSTEE :
           Movant               :
                                :
       vs.                         :
                                :
       BRANDON GEORGE SNYDER and   :
       DOMENICA L. SNYDER           :
           Respondents         :  CASE NO.   1-22-bk-01315

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this  30th  day of August, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.  Debtor(s)' plan violates 11 U.S.C. § 1322(b)(2) in that the debtor(s) attempts to modify the rights of a secured claimant outside of the plan.   Said modification of rights is only permissible by means of, and therefor under, the Chapter 13 Plan.

2.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a.  The plan is underfunded relative to claims to be paid.

3.  Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7.  More specifically, the debtor has excess non-exempt equity in the following:

    a.  Residential real estate.  The Trustee has requested
        proof of the value of the debtors' home as stated in
        their schedules.
    b.  Automobile
    c.  More specifically, Trustee believes and therefore avers
        that the liquidation value of the estate is $21,000.00.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:      /s/Douglas R. Roeder
         Attorney for Trustee

CERTIFICATE OF SERVICE

AND NOW, this   30th   day of August, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Leonard Zagurskie, Jr., Esquire
110 West Main Avenue, 1st Flr.
Myerstown, PA   17067

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee