UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BRANDON GEORGE SNYDER and<br>DOMENICA L. SNYDER<br>    Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| BRANDON GEORGE SNYDER and<br>DOMENICA L. SNYDER<br>    Respondents | : | CASE NO. 1-22-bk-01315 |

### TRUSTEE'S OBJECTION TO DEBTORS' EXEMPTIONS

AND NOW, this 26th day August, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

1. Trustee objects to debtors' exemption of assets claimed under 11 U.S.C. §522(d)(5) limited to total of $2,950.00 or $1,475.00 for each debtor under (d)(5).

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtors' Exemptions.

Respectfully submitted,

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

## CERTIFICATE OF SERVICE

    AND NOW, this 30th day August, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Leonard Zagurskie, Jr., Esquire
110 West Main Avenue, 1st Flr.
Myerstown, PA   17067

                /s/Deborah A. Behney
                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee