| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1    Brandon George Snyder  f/d/b/a A&B Acquatics |
| Debtor 2    Domenica L. Snyder d/b/a Shear Elegance by Domenica |
| United States Bankruptcy Court for the MIDDLE District of Pennsylvania |
| Case number   22-01315 HWV |

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T Bank

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 9403

**Date of payment change:**
Must be at least 21 days after date of this notice        12/01/2022

**New total payment:**                $996.76**
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $264.44            New escrow payment: $262.30

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%            New interest rate: _____%
   Current principal and interest payment: $_____        New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   Current mortgage payment: $_____            New mortgage payment: $_____

| Debtor(s) | Brandon George Snyder, Domenica L. Snyder | Case number (*if known*) 22-01315 HWV |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Denise Carlon                                     Date November 9, 2022
Signature

Print:    Denise Carlon                                 Title Attorney for Creditor
          First Name   Middle Name   Last Name

Company:  KML Law Group, P.C.

Address:  701          Market Street, Suite 5000
          Number       Street
          Philadelphia,               PA    19106
          City                        State  ZIP Code

Contact phone  (215) 627–1322       Email  dcarlon@kmllawgroup.com

---

**Due to a one-time escrow overage credit of $36.29, the new payment effective 12/1/2022 is in the amount of $996.76. After this one-time credit is applied for December 2022, the new payment effective 1/1/2023 will be in the amount of $1,1033.05.