## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brandon George Snyder f/d/b/a A&B Acquatics<br>Domenica L. Snyder d/b/a Shear Elegance by Domenica<br>        Debtor(s) | BK NO. 22-01315 HWV<br><br>Chapter 13<br><br>Related to Claim No. 7 |
| **M&T Bank**<br>        Movant<br>  vs.<br><br>**Brandon George Snyder f/d/b/a A&B Acquatics**<br>**Domenica L. Snyder d/b/a Shear Elegance by Domenica**<br>        Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>        Trustee | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 10, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Brandon George Snyder f/d/b/a A&B Acquatics
500 North 69Th Street
Harrisburg, PA 17111

Domenica L. Snyder d/b/a Shear Elegance by Domenica
500 North 69th Street
Harrisburg, PA 17111

<u>Attorney for Debtor(s)</u>
Leonard Zagurskie, Jr., Esq.
Law Office of Leonard Zagurskie Jr.
110 West Main Avenue, 1st Floor
Myerstown, PA 17067

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 10, 2022</u>

                  **/s/Denise Carlon**
                  Denise Carlon Esq.
                  Attorney I.D. 317226
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  201-549-2363
                  dcarlon@kmllawgroup.com