IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brandon George Snyder f/d/b/a A&B Acquatics<br>　　　Domenica L. Snyder d/b/a Shear Elegance by Domenica<br>　　　　　　　　　　Debtor(s) | BK NO. 22-01315 HWV<br><br>Chapter 13<br><br>Related to Claim No. 7 |
| M&T Bank<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>Brandon George Snyder f/d/b/a A&B Acquatics<br>Domenica L. Snyder d/b/a Shear Elegance by Domenica<br>　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　Trustee | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 21, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Brandon George Snyder f/d/b/a A&B Acquatics
500 North 69Th Street
Harrisburg, PA 17111

Domenica L. Snyder d/b/a Shear Elegance by Domenica
500 North 69th Street
Harrisburg, PA 17111

Attorney for Debtor(s)
Leonard Zagurskie, Jr., Esq.
Law Office of Leonard Zagurskie Jr.
110 West Main Avenue, 1st Floor
Myerstown, PA 17067

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 21, 2022</u>

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bnicholas@kmllawgroup.com